IN THE UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| LUDVIG P. HAMMOCK,<br><br>　　Plaintiff,<br><br>　　vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>　　Defendant. | Civil No. 2:07-CV-0335-JPH<br><br><br>ORDER FOR REMAND |

Based on the stipulation of the parties it is hereby ORDERED that the above-captioned case be reversed and remanded, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings, including the following actions:

- The ALJ will conduct a new hearing, further develop the record and issue a new decision;

- The ALJ will reevaluate and further develop the medical evidence or record regarding Plaintiff's mental impairments;

- The ALJ will reevaluate Plaintiff's RFC pursuant to SSR 96-8p, and

- The ALJ will reevaluate steps four and five of the sequential evaluation process with the assistance of a vocational expert, as necessary.

Upon proper presentation, this Court will consider Plaintiff's application for costs and attorney's fees under 28 U.S.C. § 2412(d).

DATED this 18th day of July, 2008.

s/ James P. Hutton

JAMES P. HUTTON
UNITED STATES MAGISTRATE JUDGE

Presented by:

FRANCO L. BECIA
Special Assistant United States Attorney
Social Security Administration
701 Fifth Avenue, Suite 2900 M/S 901
Seattle, WA  98104-7075
Telephone:  (206) 615-2114
Fax:  (206) 615-2531
franco.l.becia@ssa.gov