1

2          **UNITED STATES DISTRICT COURT**

3          **EASTERN DISTRICT OF WASHINGTON**

4

5    LUDVIG P. HAMMOCK,                    )
                                           )
6               Plaintiff,                 )
                                           )          NO.  CV-07-0335-JPH
7          vs.                             )
                                           )          **JUDGMENT IN A**
8    MICHAEL J. ASTRUE,                    )          **CIVIL CASE**
     Commissioner of Social Security,      )
9                                          )
                Defendant.                 )
10                                         )
     _____)
11

12       **STIPULATION BY THE PARTIES:**

13          The parties have stipulated to the remand of the captioned matter pursuant to

14   sentence four of 42 U.S.C. § 405(g).

15       **IT IS ORDERED AND ADJUDGED** that:

16          The matter is **REMANDED** for additional proceedings pursuant to sentence

17   four of 42 U.S.C. § 405(g).  Judgment is entered for Plaintiff and the file shall be

18   **CLOSED.**

19          DATED this 18th day of July, 2008.

20                                    JAMES R. LARSEN
                                      District Court Executive/Clerk
21

22

23                                    by:   s/Pamela A. Howard
                                                Deputy Clerk
24

25

26   cc: all counsel